# United States District Court
## Western District of Kentucky
## at Louisville

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**VS.**                                         **CRIMINAL ACTION NUMBER: 3:25-MJ-353**

**BRAD GIRARD**                                                                 **DEFENDANT**

### ORDER

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge, on July 22, 2025 to conduct a change of plea on a Misdemeanor Information.

APPEARANCES

| | |
|---|---|
| For the United States: | Christopher C. Tieke and Anita Channapati, Assistant United States Attorneys |
| For the defendant: | Defendant Brad Girard - Present<br>Angela M. Rea, Assistant Federal Defender - Present |
| Court Reporter: | Digitally recorded |

The Court having found the defendant competent to enter a plea pursuant to Rule 11(c)(1)(C); and having found the plea to be knowing and voluntary; and having advised the defendant of his constitutional rights; and the defendant having advised the Court that he understood and waived those rights; and the Court having established a factual basis for the plea,

**IT IS HEREBY ORDERED** that the Court accepts the defendant's plea of **GUILTY** as to Count One of the Misdemeanor Information. This matter is scheduled for sentencing on **October 15, 2025 at 1:30 p.m.** before the Honorable Regina S. Edwards, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the defendant shall remain under the terms and conditions of his current bond pending further order of the Court.

Regina S. Edwards, Magistrate Judge

United States District Court

July 23, 2025

Copies: U.S. Attorney
     U.S. Probation
     Counsel for Defendant

0|20